1  BENJAMIN B. WAGNER
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  KATHRYN R. WATSON
   Special Assistant United States Attorney
4  California Bar No. 244142
        333 Market Street, Suite 1500
5       San Francisco, California 94105
        Telephone: (415) 977-8928
6       Facsimile: (415) 744-0134
        E-Mail: kathryn.watson@ssa.gov
7
   Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| SEAN G. TRACEY, | ) |
| | ) Case No. 1:09-CV-01527-SMS |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER TO EXTEND |
| v. | ) TIME |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

   IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that Defendant's time for responding to Plaintiff's Motion for Summary Judgment (Dkt. # 13) is hereby extended 25 days from May 5, 2010 to May 30, 2010. This is Defendant's first request for an extension in this case.

///

///

///

///

///

///

Defendant needs the additional time to further review the file and prepare a response in this matter.

Respectfully submitted,

Dated: May 4, 2010            */s/ Young C. Cho*
                              (authorized by email)
                              YOUNG C. CHO
                              Attorney for Plaintiff

Dated May 4, 2010             BENJAMIN B. WAGNER
                              United States Attorney
                              LUCILLE GONZALES MEIS
                              Regional Chief Counsel, Region IX
                              Social Security Administration

                              */s/ Kathryn R. Watson*
                              KATHRYN R. WATSON
                              Special Assistant United States Attorney

**IT IS SO ORDERED:**

Dated:  May 4, 2010                /s/ Sandra M. Snyder
                              UNITED STATES MAGISTRATE JUDGE

2                                                    1:09-CV--01527-SMS